# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1023
Lower Tribunal No. F94-25367
_____

**Antonio Wilburn,**
Petitioner,

vs.

**Ricky D. Dixon, etc.,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Antonio Wilburn, in proper person.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General (Tallahassee), for respondent.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Denied.